No. 705. BURROWS ET VIR *v.* HAGERMAN, TAX COLLECTOR OF SARASOTA COUNTY, ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Stewart* v. *Pennsylvania*, 312 U. S. 649. *Richard J. Mackey* for appellants. *Miller Walton* and *W. C. Lantaff* for appellees.

No. 439, Misc. KISSINGER *v.* SWEIGERT, DISTRICT JUDGE. Motion of petitioner for leave to withdraw the motion for leave to file petition for writ of quo warranto granted.

No. 340, Misc.    MEZO *v.* NIERSTHEIMER, WARDEN;
No. 417, Misc.    ORR *v.* BENSON, WARDEN;
No. 423, Misc.    SPENCER *v.* RAGEN, WARDEN;
No. 425, Misc.    THOMAS *v.* HUNTER, WARDEN;
No. 433, Misc.    MILLER *v.* STEWART, WARDEN;
No. 434, Misc.    SCHUNKE *v.* HEINZE, WARDEN;
No. 445, Misc.    HENDERSON *v.* HOWARD, WARDEN;
No. 465, Misc.    LA COUNT *v.* HOWARD, WARDEN;
No. 467, Misc.    WALKER *v.* MARYLAND; and
No. 472, Misc.    GRECO *v.* STEWART, WARDEN. The motions for leave to file petitions for writs of habeas corpus are denied.